

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2022

No. 04-22-00357-CV

**IN THE INTEREST OF L.R.**, et al., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00430
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

On May 13, 2022, the trial court signed an order terminating Appellant's parental rights to her children L.R.R. and A.P.R. A notice of appeal was due on June 2, 2022; a motion for extension of time to file a notice of appeal was due on June 17, 2022. *See* TEX. R. APP. P. 26.1(b), 26.3.

On June 14, 2022, after the deadline to file the notice of appeal, Appellant filed a notice of appeal without filing a motion for extension of time to file a notice of appeal. *Contra* TEX. R. APP. P. 26.3(b). *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but within the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3].").

We **order** Appellant to **show cause** in writing within **ten days** of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 10.5(b) (requirements for a motion for extension of time); TEX. R. APP. P. 42.3(a) (dismissal for want of jurisdiction); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (reasonable explanation).

If Appellant fails to respond as ordered, this appeal will be dismissed without further notice. *See* TEX. R. APP. P. 42.3(c) (dismissal for failure to comply with court order).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2022.



MICHAEL A. CRUZ, Clerk of Court